UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 18, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Mark Nahill and Kathleen Nahill

                Debtor(s).

Case No.: 12-19210

Hearing Date:

Judge: JNP

Chapter: 13

**ORDER REGARDING REQUEST FOR EXEMPTION FROM:**

❏    **CREDIT COUNSELING REQUIRED UNDER 11 U.S.C. § 109(h)(1)**

☒    **PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)** AND CERTIFICATION IN SUPPORT OF DISCHARGE AS TO DEBTOR

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 18, 2017**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

This matter having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

ORDERED that:

[✕]   The debtor's request is GRANTED, the debtor is hereby exempt from:

❏   obtaining budget and credit counseling required under 11 U.S.C. § 109(h)(1) and filing a Certificate of Credit Counseling,

☒   participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23), and certification in support of discharge as to debtor.

[ ]   The debtor's request for an exemption is DENIED, and

❏   the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Credit Counseling* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice,

❏   the debtor must participate in a Financial Management Course conducted by a United States Trustee approved agency, and file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23).*

❏   on or before the last day to object to discharge has expired,

or

❏   on or before the last payment is made to the Standing Trustee on the Debtor's plan.

2

Failure to do so will result in the debtor's case being closed without the debtor having received a discharge.

[ ] A hearing on this matter has been scheduled for _____, before the honorable _____, at the following date and time.

Hearing Date/Time: _____

Hearing Location: _____

_____

_____

Courtroom: _____

*rev.12/1/09*