| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on July 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter: 13<br><br>Hearing Date: July 28, 2020<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Case No.: 12-19210-JNP |
| **In Re:**<br><br>Kathleen Nahill,<br>　　Debtor.<br><br>Michael Nahill,<br>　　Joint Debtor. | |

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 28, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Kathleen Nahill and Michael Nahill
Case No.: 12-19210-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**
_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on April 16, 2012 as Claim No. 2-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.