| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on July 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter: 13<br><br>Hearing Date: July 28, 2020<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>Case No.: 12-19210-JNP |
| **In Re:**<br><br>Kathleen Nahill,<br>   Debtor.<br><br>Michael Nahill,<br>   Joint Debtor. | |

## ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 28, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Kathleen Nahill and Michael Nahill
Case No.: 12-19210-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on April 16, 2012 as Claim No. 2-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen Nahill  
Michael Nahill  
    Debtors

Case No. 12-19210-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 29, 2020  
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.  
db/jdb        +Kathleen Nahill,    Michael Nahill,    8 Rose Avenue,    Maple Shade, NJ 08052-3318  
aty           +Elissa Westbrook Smith,    McDowell Posternock Law, P.C.,    46 W. Main Street,    Maple Shade, NJ 08052-2432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:  
         Brian C. Nicholas     on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Carrie J. Boyle     on behalf of Joint Debtor Michael   Nahill cboyle@b-vlaw.com, cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com  
         Carrie J. Boyle     on behalf of Debtor Kathleen   Nahill cboyle@b-vlaw.com, cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com  
         Ellen M. McDowell     on behalf of Joint Debtor Michael   Nahill emcdowell@mpadlaw.com, lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com  
         Ellen M. McDowell     on behalf of Debtor Kathleen   Nahill emcdowell@mpadlaw.com, lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jane L. McDonald     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Shauna M Deluca     on behalf of Creditor    PNC BANK, N.A. sdeluca@rasflaw.com  
                                                                                  TOTAL: 9